# United States District Court
## For The Western District of North Carolina

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (Petty / Misdemeanor Offenses) |
| Jon Andrew Browning | Case Number: 1:10po2 |
| | James W. Kilbourne, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X    pleaded guilty to count(s) 1
_    Pleaded guilty to violation(s)
_    Pleaded not guilty to count(s)
_    Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| Title 16 Sections 703 and 707 (a), a | TAKING, KILLING, OR POSSESSING MIGRATORY BIRDS | 10/16/2009 | 1 |

_    Counts(s) (is)(are) dismissed on the motion of the United States.
_    Violation Notice(s) (is)(are) dismissed on the motion of the United States.
_    Found not guilty as to:

**IMPOSITION OF SENTENCE:**

That the defendant surrender his falconry license for a period of 1 year.

That the defendant surrender his North Carolina fish and wildlife license for a period of 1 year and the defendant is banned from hunting and/or fishing for a period of 1 year.

That the defendant provide 750 live or frozen quail in lieu of restitution, within 1 year of the date of this order to the following address:

Carolina Raptor Center
PO Box 16443
Charlotte, NC 28297
704-875-6521

That the defendant pay $25 administrative fee.

Date of Imposition of Sentence: 06/07/2010

_____
Dennis L. Howell, United States Magistrate Judge

Date Signed: Jun 8, 2010

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal